**Order entered April 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01662-CV

**DAVID MONTGOMERY, Appellant**

**V.**

**U. S. BANK NATIONAL ASSOCIATION, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-04679-D**

## ORDER

Before the Court is appellee's April 1, 2013 motion to dismiss the appeal for failure to prosecute. Appellee contends the appeal should be dismissed because the clerk's record and reporter's record are past due. On April 1, 2013, the Court sent notices that the clerk's record and reporter's record are to be filed within thirty days. Accordingly, we **DENY** appellee's motion.

/s/     DAVID LEWIS
          JUSTICE